IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE MCKNIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIMBRIDGE EMPLOYEE | : | |
| SERVICE CORP. | : | NO. 15-3461 |

## ORDER

**AND NOW**, this 16th day of September, 2016, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 26), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff and the Clerk is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.